UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Nos. 3:13-CR-127 |
| ) | 3:16-CR-025 |
| ) | |
| ERREESE L. KING, JR. ) | |

## MEMORANDUM AND ORDER

Case number 3:16-CR-025 is set for trial on April 27, 2016. Now before the court is the defendant's first motion to continue. [3:16-CR-025, doc. 13]. Defense counsel explains that additional time is needed to resolve certain pretrial matters and make a full resolution of all issues pending against the defendant. According to the motion, counsel for the United States does not oppose a brief continuance.

The court finds that the ends of justice served by granting the motion outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The court further finds that the failure to grant the motion would deny the parties reasonable time necessary for effective trial preparation, should plea negotiations not prove successful. 18 U.S.C. § 3161(h)(7)(B)(iv). The motion requires a delay in the proceedings. Therefore, all the time from the filing of the motion to the new trial date is excludable as provided by the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A).

The defendant's motion [3:16-CR-025, doc. 13] is **GRANTED**. Trial is **CONTINUED** from April 27, 2016, to **Tuesday, June 28, 2016, at 9:00 a.m.** The new

plea cutoff date is June 13, 2016.

The April 27, 2016 revocation hearing in case number 3:13-CR-127 is similarly **RESET** to June 28, 2016, at 9:00 a.m.

**IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge